**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7497**

UNITED STATES OF AMERICA,

                    Plaintiff – Appellee,

      v.

EDGAR NELSON PITTS, a/k/a Marlon Smith,

                    Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg.  James C. Turk, Senior District Judge.  (6:94-cr-70068-JCT-2)

Submitted:  March 15, 2012        Decided:  March 19, 2012

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Edgar Nelson Pitts, Appellant Pro Se. Ronald Andrew Bassford, Thomas Jack Bondurant, Jr., Assistant United States Attorneys, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edgar Nelson Pitts appeals the district court's order granting his motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2006). On appeal, Pitts contends that he is actually innocent of his drug convictions. However, this challenge to his convictions cannot be remedied by way of a § 3582 motion. Accordingly, we affirm the district court's order. See United States v. Pitts, No. 6:94-cr-70068-JCT-2 (W.D. Va. Oct. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2